IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN R. STAPLETON,

    Plaintiff,                     No. CIV S-09-0322 LKK DAD PS

    v.

LAW SCHOOL ADMISSION
COUNCIL, INC.,                       ORDER

    Defendant.
_____/

        Plaintiff, who is proceeding pro se, has filed a motion to dismiss this case with prejudice. No summons has been issued, and the defendant has not made an appearance.

        Good cause appearing, IT IS ORDERED that plaintiff's February 6, 2009 motion to dismiss with prejudice is granted. This action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), and the Clerk of the Court is directed to close the case.

DATED: February 9, 2009.

                                                 DALE A. DROZD
                                                 UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\stapleton0322.voldism